# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2018

SEAN F. McAVOY, CLERK

JAY HYMAS, d/b/a DOSMAN FARMS,

*Plaintiff*

v.

UNITED STATES DEPARTMENT OF INTERIOR; RYAN ZINKE, Secretary of United States Department of Interior; JAMES W. KURTH, Acting Director of the United States Fish and Wildlife Service; & DOES I-X,

*Defendant*

Civil Action No. 4:16-cv-5091-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of Defendants pursuant to the Order Granting Defendant's Motion to Dismiss entered on May 29, 2018, ECF No. 130.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge SALVADOR MENDOZA, JR. on a motion for Dismissal (ECF No. 122).

Date: 06/01/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates